**WO**

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>Wayzata-Chaska Hospitality Associates, LLC, a Minnesota limited liability company; and Robert S. Snyder, an individual,<br><br>      Defendants. | No. CV14-01858-PHX-MHB<br><br>**STIPULATED JUDGMENT**<br><br><br><br><br><br>(Assigned to The Honorable Michelle H. Burns) |

WHEREAS, Plaintiff Best Western International, Inc. ("Best Western") and Defendant Robert S. Snyder, have filed a Stipulation for Entry of Judgment, and for good cause showing,

IT IS HEREBY ORDERED that final judgment is entered in this matter in favor of Best Western and against Defendant Robert S. Snyder in the amount of $217,659.41, less any amounts paid by Defendant Snyder pursuant to the Mutual Release and Settlement Agreement, including the legal rate of interest allowed under law from entry of the Judgment until the amount owed is paid in full.

DATED this 10th day of November, 2014.

_____
Stephen M. McNamee
Senior United States District Judge